UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CHARLES FRIEDMAN, ) No. CV 16-7870-DSF (PLA)
)
    Petitioner, ) **JUDGMENT**
)
  v. )
)
D. SHINN, Warden, )
)
    Respondent. )
_____ )

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: 4/11/17

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE